KEVIN K. CHOLAKIAN (S.B. #103423)
CURTIS OGILVIE (S.B. #111911)
CHOLAKIAN and ASSOCIATES
A Professional Corporation
400 Oyster Point Blvd., Suite 415
South San Francisco, CA 94080
Phone (650) 871-9544
Fax (650) 871-9552
www.cholakianlaw.com

Attorneys for Defendants
LARRY W. GODWIN and JEAN A. GODWIN,
individually and doing business as GODWIN PROPERTIES

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM A. ("TONY") SEYMOUR; YVONNE EDER; JASON EDER, JR., a minor, SHALON BERRY; JAMAL MACK; HASANI MACK, a minor; CHRISTINA BORQUEZ; GILDARDO BORQUEZ; CHRISTOPHER BORQUEZ, a minor; NATASHA PARKER; and NYLISAH PARKER; a minor,<br><br>           Plaintiffs,<br>     v.<br><br>LARRY W. GODWIN and JEAN A. GODWIN, individually and doing business as GODWIN PROPERTIES; MELANIE ROSALES; CHRIS ROSALES; EUGENE BANKS; KAREN BANKS; DOES 1 through 100,<br><br>           Defendants | Case No.: C09-00169 PJH<br><br>**[~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE, PURSUANT TO STIPULATION BETWEEN THE PARTIES**<br><br>Current CMC Date: April 23, 2009<br>Time: 2:30 p.m.<br>Courtroom: 5, 17th Floor |

////

////

////

////

164 208                                             - 1 –

[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
Case No.: C09-00169 PJH

1    Pursuant to a stipulation between the parties requesting that the court continue the Case
2 Management Conference of April 23, 2009, 2:30 p.m., Courtroom 5, 17th Fl, Federal Bldg, San
3 Francisco, CA, so as to allow the parties to identify and serve additional parties:

4    IT IS ORDERED that the Case Management Conference presently scheduled for April
5 23, 2009 shall be continued to __May 28_____, 2009, at __2:30_____ p.m., in
6 Courtroom __5__.

7    SO ORDERED:

8

9
Dated: __April 16_____, 2009
10



11

12    _____
                                                Honorable Judge Phyllis J. Hamilton

LAW OFFICES OF
CHOLAKIAN & ASSOCIATES
A PROFESSIONAL CORPORATION
400 OYSTER POINT BLVD., SUITE 415
SOUTH SAN FRANCISCO, CALIFORNIA 94080

164 208                                  - 2 –

[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
Case No.: C09-00169 PJH