LAW OFFICES OF

# CHOLAKIAN & ASSOCIATES

### A PROFESSIONAL CORPORATION

**400 OYSTER POINT BLVD., SUITE 415**
**SO.  SAN FRANCISCO, CALIFORNIA 94080**
TELEPHONE (650) 871-9544
TELEFAX (650) 871-9552
www.cholakianlaw.com

**Fresno Office:**
Valley Oak Executive Suites
516 W. Shaw Avenue, Suite 200
Fresno, CA  93704
Telephone (559) 221-4960

**Sacramento Office:**
Pacific Business Center
770 'L' Street, Suite 950
Sacramento, CA 95814
Telephone (916) 341-7560

*Please reply to So. San Francisco Office*
September 30, 2009

## VIA OVER NIGHT DELIVERY

Honorable Judge Phyllis J. Hamilton
Courtroom No. 3, 3rd Floor
1301 Clay Street
Oakland, CA 94612

Re:     *Seymour, et al. v. Godwin, et al.*
          United States District Court (Northern District)
Case No:     C09-00169 PJH
Our File No:   164- 208

To The Honorable Judge Hamilton:

This correspondence is regarding the court's order to mediate prior to September 30, 2009.

The court appointed mediator, David Kelley, was assigned this case in mid-September. Accordingly, myself, plaintiff counsel and Mr. Kelley promptly scheduled a telephone conference to discuss possible dates for mediation as it was clear it could not be completed, on such short assignment, prior to the September 30, 2009 deadline.

On September 24, 2009 myself, counsel for plaintiffs and Mr. Kelley had a telephone conference. Due to both parties and Mr. Kelley's busy fall schedules the earliest available date for mediation is Wednesday, December 16, 2009 at 9:30 a.m. Accordinly, that date has been reserved.

My apologies for this late request for an extension to complete mediation of the above referenced matter pursuant to the agreement reached by all parties.

Very truly yours,

CHOLAKIAN & ASSOCIATES
A Professional Corporation

By
         Kevin K. Cholakian

IT IS SO ORDERED

Phyllis J. Hamilton
United States District Judge

Date

cc:    Robert James Evans, Esq., counsel for plaintiffs
        David T. Kelley, court appointed mediator