UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WILLIAM A. SEYMOUR, et al.,

    Plaintiffs,                      No. C 09-0169 PJH

    v.                             **ORDER**

LARRY W. GODWIN, et al.,

    Defendants.
_____/

On January 4, 2010, defendants in the above-entitled action filed a motion for summary judgment. However, they did not notice a hearing date. Accordingly, the court sets the following briefing and hearing schedule.

Plaintiffs' opposition shall be filed no later than February 17, 2010. The reply shall be filed no later than February 24, 2010. The hearing will be held on March 10, 2010. If these dates are unacceptable, the parties may meet and confer and submit a stipulation and proposed order setting a different briefing schedule and hearing date.

However, if plaintiffs are planning on filing a motion for summary judgment, it must be filed no later than February 17, 2010 – the date previously set at the case management conference. In that case, the motion shall be noticed in accordance with the Civil Local Rules, and the court will hear both motions on the same date (five weeks after February 17, 2010, or five weeks after plaintiffs file their motion, whichever comes first).

**IT IS SO ORDERED.**

Dated: January 4, 2010

                                                _____
                                                PHYLLIS J. HAMILTON
                                                United States District Judge