UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WILLIAM A. SEYMOUR, et al.,

    Plaintiffs,

    v.

LARRY W. GODWIN, et al.,

    Defendant.
_____/

No. C 09-0169 PJH

**NOTICE AND ORDER**

TO COUNSEL FOR PLAINTIFFS AND COUNSEL FOR DEFENDANTS IN THE ABOVE-ENTITLED ACTION:

PLEASE TAKE NOTICE that you are in violation of General Order 45.VI.G, which provides that courtesy copies of all e-filed documents must be lodged with chambers no later than noon the business day following an electronic filing.

To date, the court has received NO courtesy copies of the papers filed in support of defendants' motion for summary judgment (filed January 4, 2010); plaintiffs' opposition to defendants' motion for summary judgment (filed February 17, 2010), or plaintiffs' motion for partial summary judgment (filed February 17, 2010).

The above-described courtesy copies must be submitted to the Clerk's Office no later than February 23, 2010; and any further courtesy copies must be submitted to the Clerk's Office in accordance with General Order 45.VI.G.

**IT IS SO ORDERED.**

Dated: February 22, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge