UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WILLIAM A. SEYMOUR, et al.,

    Plaintiffs,

    v.

LARRY W. GODWIN, et al.,

    Defendants.
_____/

No. C 09-0169 PJH

**ORDER TO SHOW CAUSE**

    TO PLAINTIFFS WILLIAM A. SEYMOUR, YVONNE EDER, JASON EDER, JR., SHALON BERRY, JAMAL MACK, HASANI MACK, CHRISTINA BORQUEZ, GILDARDO BORQUEZ, CHRISTOPHER BORQUEZ, NATASHA PARKER, AND NYLISAH PARKER, AND THEIR COUNSEL OF RECORD:

    YOU ARE HEREBY ORDERED TO SHOW CAUSE IN WRITING, no later than Friday, February 26, 2010, why the court should not impose sanctions for failure to comply with General Order 45.VI.G, and for failure to comply with the court's order of February 22, 2010, directing the parties to submit chambers copies of papers filed in connection with the parties' recently-filed motions for summary judgment. Sanctions may include the striking of plaintiffs' opposition to defendants' motion for summary judgment, as well as the summary denial of plaintiff's motion for summary judgment.

    In addition, the court renews its order that plaintiffs submit chambers copies of their

moving papers and their papers in opposition to defendants' motion, no later than Friday, February 26, 2010.

**IT IS SO ORDERED.**

Dated: February 25, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge