UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WILLIAM A. SEYMOUR, et al.,

    Plaintiff(s),

    v.

LARRY W. GODWIN, et al.,

    Defendant(s).

_____/

No. C 09-0169 PJH

**ORDER SCHEDULING CASE MANAGEMENT CONFERENCE**

    The dispositive motions deadline has passed and the court has ruled on the motions filed by the parties. According to the minutes of the April 29, 2010 settlement conference, the parties have settled. However, the court has not received a dismissal or any other written notice from the parties. If the matter has not in fact settled, a trial date must be scheduled. Accordingly, the court schedules a case management and scheduling conference for July 8, 2010 at 2:00 p.m. The parties shall attend unless a stipulation for dismissal is filed before that date.

    **IT IS SO ORDERED.**

Dated: June 8, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge