UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WILLIAM A. SEYMOUR, et al.,

    Plaintiff(s),                         No. C 09-0169 PJH

    v.                             **ORDER OF REFERENCE TO**
                                   **MAGISTRATE JUDGE FOR**

LARRY W. GODWIN, et al.,        **FURTHER SETTLEMENT CONFERENCE**

    Defendant(s).

_____/

       The settlement to which the parties reached and placed on the record on April 29, 2010, has apparently become unraveled. The court scheduled a case management conference for August 12, 2010, to discuss why the agreement had not yet been finalized. Plaintiffs appeared through their counsel. No one appeared for defendants, though court staff did receive a voice mail message after the calendar advising that defendants' counsel went to the San Francisco courthouse by mistake. The court is aware that defendants filed earlier today, a motion to enforce the April 29, 2010 settlement, noticed for hearing on September 22, 2010. Plaintiffs' counsel advised that they planned to file their own motion the next day, and suggested that the court refer both motions to Magistrate Judge Laporte for resolution.

       Given that the parties reached an agreement to settle once, the court is confident that they can do so again. Thus, rather than proceed with motion practice, this matter is re-referred to Magistrate Judge Laporte to facilitate, if she can, another and final settlement of this case. Any opposition to defendants' motion to enforce and any opposition to the motion to enforce that plaintiffs expect to file tomorrow, is DEFERRED and the motions are STAYED pending a further settlement conference. At that conference, should the parties

reach agreement again, the agreement must be finalized in writing, in full, in the presence of Judge Laporte.  The September 22, 2010 hearing date is VACATED and the court will await notice from the parties and Judge Laporte as to the outcome of the settlement conference.

**IT IS SO ORDERED.**

Dated: August 12, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge