UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WILLIAM A. SEYMOUR, et al.,

    Plaintiff(s),

  v.

LARRY W. GODWIN, et al.,

    Defendant(s).

_____/

No. C 09-0169 PJH

**ORDER RE SETTLEMENT REFERRAL AND MOTION TO ENFORCE**

Before the court is the objection lodged by defendants to the court's re-referral of this matter to Magistrate judge Laporte for another settlement conference in lieu of proceeding with defendants' motion to enforce the settlement reached by the parties at the April 29, 2010 settlement conference. No response has been filed by plaintiffs. The court has reconsidered the referral in light of defendants' objections and hereby VACATES the referral for a further settlement conference. Instead the court will proceed to hear and decide defendants' motion to enforce which was filed on August 12, 2010. Plaintiffs' opposition to the motion shall be filed no later than September 29, 2010. The reply, if any, shall be filed no later than October 6, 2010. The matter will be decided on the papers unless the court, after reviewing the papers, determines that a hearing is necessary. A copy of the transcript or tape recording of any and all proceedings reflecting the settlement that is reported in Judge Laporte's civil minutes of April 29, 2010, shall be provided by defendants immediately, if not included already in their moving papers.

    **IT IS SO ORDERED.**

Dated: September 15, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge