UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WILLIAM A. SEYMOUR, et al.,

    Plaintiffs,

    v.

LARRY W. GODWIN, et al.,

    Defendants.
_____/

No. C 09-0169 PJH

**ORDER**

    The court is in receipt of a chambers copy of the Declaration of Robert J. Evans in support of plaintiffs' motion to enforce the settlement agreement and in opposition to defendants' motion to enforce the settlement agreement.

    The declaration is not in usable format, as it includes numerous exhibits that are not tabbed. The court is unable to locate the exhibits in a lengthy exhibit if those exhibits are not tabbed.

    The court will consider the contents of the Evans Declaration only if a usable chambers copy is submitted no later than October 15, 2010.

**IT IS SO ORDERED.**

Dated: October 8, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge