**United States District Court**
For the Northern District of California

1

2

3

4                          UNITED STATES DISTRICT COURT

5                          NORTHERN DISTRICT OF CALIFORNIA

6

7

8

9   WILLIAM A. SEYMOUR, et al.,

10              Plaintiffs,                          No. C 09-0169 PJH

11        v.                                         **ORDER**

12   LARRY W. GODWIN, et al.,

13              Defendants.
     _____/

14

15        The court is attempting to review the papers filed in connection with the parties'

16   motions to enforce the settlement, but is unable to do so because defendants have not

17   submitted any chambers copies, in violation of General Order 45.VI.G.

18        No later than 4:00 p.m. on Wednesday, November 17, 2010, defendants shall

19   submit to the clerk's office chambers copies of the documents filed at Docket Nos. 51, 52,

20   53, 70, 71, 72, 73, 74, 75, 76, 79, 80, 81, and 85.  In addition, the court reminds defendants

21   that any exhibits to documents such as declarations and requests for judicial notice must

22   be tabbed.

23

24   **IT IS SO ORDERED.**

25   Dated: November 16, 2010

26                                                   _____
                                                     PHYLLIS J. HAMILTON
27                                                   United States District Judge

28