UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WILLIAM A. SEYMOUR, et al.,

    Plaintiff(s),　　　　　　　　　　No. C 09-0169 PJH

    v.　　　　　　　　　　　　　　　**ORDER SCHEDULING HEARING**

LARRY W. GODWIN, et al.,

    Defendant(s).

_____/

    The court has reviewed the papers filed in connection with the parties' cross motions for enforcement of the settlement agreement and has determined that a hearing would be helpful. The only Wednesday available in the month of December is December 1, 2010. Accordingly the parties shall appear through counsel at 9:00 a.m. on December 1, 2010.

**IT IS SO ORDERED.**

Dated: November 23, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge