UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WILLIAM A. SEYMOUR, et al.,

        Plaintiff(s),                           No. C 09-0169 PJH

   v.                                          **ORDER OF DISMISSAL**

LARRY W. GODWIN, et al.,

        Defendant(s).
_____/

      The parties hereto, by their counsel, having announced in open court that they have agreed to a settlement of this cause, IT IS HEREBY ORDERED that this cause of action is dismissed **without** prejudice; provided, however that if plaintiffs shall certify to this court, within sixty (60) days, with proof of service thereof, that the agreed consideration for said settlement has not been delivered over, the foregoing order shall stand vacated and this cause shall forthwith be restored to the calendar to be set for trial.

      If no certification is filed, after passage of sixty (60) days, the dismissal shall be **with** prejudice.

      IT IS SO ORDERED.

Dated: December 1, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge