```
1  ROBERT J. EVANS  [Calif. Bar No. 47752]
   Attorney at Law
2  1736 Franklin Street
   Tenth Floor
3  Oakland, CA 94612

4  Telephone (510) 238-4190

5  Attorney for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM A. ("TONY") SEYMOUR; YVONNE EDER; J.E, JR, a minor; SHALON BERRY; JAMAL MACK;  H.M., a minor; CHRISTINA BORQUEZ; GILDARDO BORQUEZ; C.B., a minor; NATASHA PARKER; and N.P., a minor,<br><br>Plaintiffs,<br><br>vs.<br><br>LARRY W. GODWIN and JEAN A. GODWIN, individually and doing business as GODWIN PROPERTIES; MELANIE ROSALES; CHRIS ROSALES; EUGENE BANKS; KAREN BANKS; DOES 1 through 100, | No.   C 09-00169 PJH<br><br>[~~Proposed~~]<br><br>ORDER DISMISSING CASE |

Pursuant to the request of plaintiffs and the settlement reached herein,

IT IS ORDERED that the above case be, and is hereby, DISMISSED with prejudice, the parties to bear their own costs and attorney's fees.

12/16/10

_____
PHYLLIS J. HAMILTON
United States District Judge

IT IS SO ORDERED
Judge Phyllis J. Hamilton

1

ORDER DISMISSING CASE